# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| VICTOR KLOCH, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>ALLSTATE INSURANCE COMPANY,<br><br>Defendant. | NO. 2:22-cv-01852-JHC<br><br>ORDER ON MOTION TO ENFORCE SETTLEMENT AGREEMENT AND DISMISS ACTION |

This matter comes before the Court on Defendant's Motion to Enforce Settlement Agreement and Dismiss Action.  Dkt. # 22.  The Court has considered: the motion, which is unopposed; supporting material (Dkt. # 23); pertinent portions of the record; and the applicable law.  Being fully advised, the Court rules as follows:

The motion appears meritorious.  The Court finds that the parties entered into an enforceable settlement agreement.  Also, the Court considers Plaintiff's failure to oppose the motion as an admission that the motion has merit.  *See* LCR 7(b)(2).  Accordingly, the Court GRANTS the motion and DISMISSES this matter with prejudice.  The Court also STRIKES the summary judgment motion at Dkt. # 12.

/

ORDER ON MOTION TO ENFORCE SETTLEMENT
AGREEMENT AND DISMISS ACTION – 1
NO.: 2:22-cv-01852-JHC

DATED this 1st day of December, 2023.

*John H. Chun*
John H. Chun
United States District Judge

ORDER ON MOTION TO ENFORCE SETTLEMENT
AGREEMENT AND DISMISS ACTION – 2
NO.: 2:22-cv-01852-JHC